Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Rakesh Modi, et al,<br><br>Defendants. | CASE NO. 3:18-cv-05532-RS<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RAKESH MODI, PARESH J. SHAH, AND CLUB OMG!, LLC |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC and Defendants RAKESH MODI, PARESH J. SHAH, and CLUB OMG!, LLC, that the above-entitled action is hereby dismissed **with prejudice** against RAKESH MODI, PARESH J. SHAH, and CLUB OMG!, LLC,.

///

///

///

///

ORDER GRANTING
STIPULATION OF DISMISSAL
Case No. 3:18-cv-05532-RS
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____   Dated: May 28, 2020
**The Honorable Richard Seeborg**
**United States District Court**
**Northern District of California**

///

///

///

///

///

///

///

///

///

///

///

///

///

**ORDER GRANTING**
**STIPULATION OF DISMISSAL**
**Case No. 3:18-cv-05532-RS**
**PAGE 2**